**Opinion issued May 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00144-CR

————————————

**DARRELL WAYNE MCAFEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case No. 1916226**

---

## MEMORANDUM OPINION

On March 20, 2014, appellant, Darrell Wayne McAfee, filed a motion to dismiss this appeal. The reporter's record filed on April 2, 2014 contains a transcript of the trial court's hearing on the motion, wherein appellant confirmed that his decision to dismiss the appeal "is intelligently, voluntarily and knowingly

made after discussing this fully with [his attorney]." The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a). Accordingly, we grant the motion and dismiss this appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).